IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CRIMINAL ACTION NO. H-08-146 |
| ELISA IDALIA CASTILLO, REG. NO. 67003-179, | § | |
| Defendant. | § | |

### ORDER

The defendant has requested court-appointed counsel to assist her in filing a petition for a writ of habeas corpus. Habeas corpus is a civil action. There is no constitutional right to the assistance of counsel in such proceedings in federal court. <u>Callins v. Johnson</u>, 89 F.3d 210, 212 (5th Cir. 1996), <u>citing</u> <u>Pennsylvania v. Finley</u>, 107 S.Ct. 1990, 1993 (1987); <u>see also</u> <u>Matchett v. Dretke</u>, 380 F.3d 844, 849 (5th Cir. 2004). The court is not persuaded by the arguments in defendant's request. Accordingly, the request (Docket Entry No. 257) is **DENIED**.

**SIGNED** at Houston, Texas, on this 6th day of February, 2012.

SIM LAKE
UNITED STATES DISTRICT JUDGE